IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY L. HARPOOL, | No. 2:10-cv-01253-MCE-GGH P |
| Plaintiff, | |
| vs. | ORDER |
| M. BEYER, et al., | |
| Defendants. | |
| _____/ | |

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On May 24, 2011, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  Neither party has filed objections to the findings and recommendations.

///

///

1

1         The Court has reviewed the file and finds the findings and recommendations to be

2 supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

3 ORDERED that:

4         1.  The findings and recommendations filed May 24, 2011 (ECF No. 32), are

5 ADOPTED in full;

6         2.  Defendants' February 3, 2011 (ECF No. 26), motion to dismiss for failure to

7 exhaust administrative remedies is GRANTED as to defendants Palwick, Koelling and Seuber

8 and these defendants are dismissed from this action.

  Dated:  June 28, 2011

                              MORRISON C. ENGLAND, JR.
                              UNITED STATES DISTRICT JUDGE